Edward Howard Mehlenbacher, Jr., Administrator of the Estates of Dorothy Mehlenbacher and Tod Mehlenbacher, a Minor, Deceased, and Herbert Tate, Plaintiffs-Appellees, v. Elgin, Joliet & Eastern Railroad Company, a Corporation, and Steve Bayci, Defendants-Appellants.

Gen. No. 51,664.

First District, Third Division.

September 21, 1967.

Rehearing denied November 3, 1967.

Hackbert, Rooks, Pitts, Fullager & Poust, of Chicago (W. Gerald Thursby, of counsel), for appellants; Finkel & Siegel, Chris D. Gregory, and Maurino R. Richton, of Chicago, for appellees. Opinion by JUSTICE DEMPSEY. Not to be published in full.